**Order entered June 10, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00184-CR
No. 05-22-00185-CR

**GABRIEL COBARRUBIAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F21-00479-W & F21-00393-W**

**ORDER**

Before the Court are appellant's June 7, 2022 motion for an extension of time to file his briefs in the above appeals. We **GRANT** the motion and **ORDER** appellant's brief due by July 11, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE